**Edward TOSSEY, Relator,**

v.

**CITY OF ST. PAUL, Respondent.**

No. C6–97–2036.

Supreme Court of Minnesota.

March 10, 1998.

John J. Horvei, P.A., New Brighton, for Relator.

Timothy S. Crom, Shari L. Johnson, Jardine, Logan & O'Brien, P.L.L.P., St. Paul, for Respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 6, 1997, be, and the same is, affirmed as modified in accordance with the memorandum attached hereto.

Employee is awarded $400 in attorney fees.

BY THE COURT:

/s/ Kathleen A. Blatz
Kathleen A. Blatz
Chief Justice